IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                     CASE NO. 15-07231-RM3-7
PET CARE SPECIALISTS, LLC,                                 CHAPTER 7
                                                           JUDGE Randal S Mashburn

      Debtor.

## MOTION FOR 2004 EXAMINATION OF
## IRWIN RASHKOVER, CEO OF PET CARE SPECIALISTS, LLC

Comes now Michael Gigandet, the duly appointed Chapter 7 trustee, and files this motion

with the Court requesting that the Court order **IRWIN RASHKOVER, CEO OF PET CARE**

**SPECIALISTS, LLC** to appear for a 2004 examination at 11:00 a.m. December 17, 2015 at the

Law Office of Michael Gigandet, 208 Centre Street, Pleasant View, TN 37146.

The movant requests an order from the Court requiring the deponent to bring a copy of

the following documentation to the Section 2004 examination:

1.  Any funds received for the debtor by you or any agent or representative of Pet

    Care from the date of filing until December 17, 2015, along with documentation

    of the funds received and the disposition of these funds if they have been

    negotiated or deposited in any account.

2.  Bank statements and cancelled checks for all bank accounts or financial accounts

    for 2014 and 2015.

      Respectfully submitted,

      **LAW OFFICE OF MICHAEL GIGANDET**

      **/s/ Michael Gigandet**
      _____
      Michael Gigandet, Trustee  #11498
      208 Centre St.
      Pleasant View, TN 37146
      (615) 746-4949
      Fax: (615) 746-4950
      michael@mgigandet.com

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing has been forwarded by U. S. Mail, 1st class postage prepaid to the U. S. Trustee's Office, 318 Customs House, 701 Broadway, Nashville, TN 37203; to the debtor's attorney, and to:

Irwin Rashkover, CEO
Pet Care Specialists, LLC
9415 Highwood Hill Road
Brentwood, TN 37027


 on this the 4th day of December, 2015.

                                    **/s/ Michael Gigandet**
                              _____
                              Michael Gigandet, Trustee